AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | **District of** | California |

Mihail Slavkov, et al.

Plaintiff (s),

V.

Fast Water Heater Partners I, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  CV 14-4324 JST

Notice is hereby given that, subject to approval by the court,  Defendants (See Attachment A)  substitutes
(Party (s) Name)

Sue J. Stott , State Bar No.  91144  as counsel of record in
(Name of New Attorney)

place of  Elizabeth B. Stallard, Downey Brand LLP, 621 Capitol Mall, 18th Floor, Sacramento, CA  95814 .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  Perkins Coie LLP

Address:  Four Embarcadero Center, Suite 2400, San Francisco, CA 94111

Telephone:  (415) 344-7061  Facsimile  (415) 344-7261

E-Mail (Optional):  sstott@perkinscoie.com

I consent to the above substitution.

Date:  June 2, 2005

(Signature of Party (s))

I consent to being substituted.

Date:  6/1/2015

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  June 1, 2015

(Signature of New Attorney)

Sue J. Stott

The substitution of attorney is hereby approved and so ORDERED.

Date:  June 3, 2015

Judge Jon S. Tigar

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## ATTACHMENT A

Defendants:

FAST WATER HEATER PARTNERS I, LP DBA FAST WATER HEATER COMPANY

FWH ACQUISITION COMPANY, LLC DBA FAST WATER HEATER COMPANY

JEFFREY DAVID JORDAN

JASON SPARKS HANLEYBROWN