UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NOVOA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 3:14-cv-03617-JST<br><br>**CLERK'S NOTICE REGARDING BILL OF COSTS**<br><br>Re: Dkt. No. 40 |

This Notice is to inform you that your bill of costs filed on September 10, 2015 cannot be taxed for the following reason(s):

- ☐ Judgment has not been entered, so the cost bill is filed prematurely.
- ☐ There is no proof of service on opposing counsel.
- ☐ The verification required by 28 U.S.C. § 1924 is missing.
- ☒ Supporting itemization and documentation required by Civil Local Rule 54-1(a) is missing or incomplete.
- ☐ Other:

Dated: September 25, 2015

Susan Y. Soong
Clerk, United States District Court

By: _____
William Noble, Deputy Clerk to the
Honorable JON S. TIGAR