UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIHAIL SLAVKOV, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>FAST WATER HEATER PARTNERS I, LP, et al.,<br><br>       Defendants. | Case No.  14-cv-04324-JST<br><br>**SCHEDULING ORDER REGARDING PLAINTIFFS' EX PARTE APPLICATION**<br><br>Re: ECF Nos. 55, 54 |

The Court has received Plaintiffs' Ex Parte Application to Invalidate Releases, Enjoin Defendants and Their Counsel from Communicating with Putative Class Members Regarding Release of Claims, and to Alleviate Damage Related to Defendant's Improper Communications. See ECF Nos. 55, 54.  The application is hereby set for hearing on October 29, 2015 at 9:30 a.m. Defendants' response to the application shall be filed by October 20.  Plaintiffs' reply shall be filed by October 23.

IT IS SO ORDERED.

Dated: October 13, 2015

_____
JON S. TIGAR
United States District Judge