UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIHAIL SLAVKOV, et al.,

        Plaintiffs,

   v.

FAST WATER HEATER PARTNERS I, LP, et al.,

        Defendants.

Case No.  14-cv-04324-JST

**SCHEDULING ORDER**

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16, Civil Local Rule 16-10, and the parties' Joint Proposed Schedule, ECF No. 46:

| Event | Deadline |
| --- | --- |
| Plaintiffs' motion for class certification | February 26, 2016 |
| Defendants' opposition to class certification | March 25, 2016 |
| Plaintiffs' reply brief re class certification | April 8, 2016 |
| Hearing on class certification motion | April 28, 2016 at 2:00 p.m. |

In its order granting or denying class certification, the Court will set a case management conference for the purpose of determining the remaining dates in the case schedule.

If the Plaintiffs wish to file an earlier motion for class certification, they are ordered both to meet and confer with Defendants regarding a briefing schedule and to check the Court's calendar for the availability of a different hearing date, although the Court assumes that any new schedule will approximate in total duration the schedule set forth in this order.  Any schedule the

1  parties propose must leave at least two weeks between the filing of Plaintiffs' reply brief and the
2  proposed hearing date.
3      Requests for continuance are disfavored.  Counsel may not modify these dates without
4  leave of court.  The parties shall comply with the Court's standing orders, which are available at
5  cand.uscourts.gov/jstorders.
6      IT IS SO ORDERED.
7  Dated:  October 16, 2015

                                JON S. TIGAR
                           United States District Judge