UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MIHAIL SLAVKOV, et al., | Case No. 14-cv-04324-JST |
|---|---|
| Plaintiffs, | |
| v. | **ORDER REGARDING CURATIVE NOTICE TO THE PUTATIVE CLASS** |
| FAST WATER HEATER PARTNERS I, LP, et al., | Re: ECF Nos. 72, , 73 |
| Defendants. | |

The Court has received the parties' proposed curative notices to the putative class, ECF Nos. 72, 73, submitted pursuant to this Court's prior order granting in part and denying in part Plaintiffs' Ex Parte Application regarding Defendants' communications with the putative class, ECF No. 68.

The Court hereby largely adopts Plaintiffs' proposed curative notice, with the exception of a few changes for grammar and style. The final notice is attached to this order. Defendants shall mail the notice to all putative class members within seven days of the issuance of this order. Defendants shall also serve a copy of the notice on Plaintiffs and file it with the Court, along with a certification that notice was mailed to all members of the putative class.

IT IS SO ORDERED.

Dated: November 12, 2015

JON S. TIGAR
United States District Judge