UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIHAIL SLAVKOV, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FAST WATER HEATER PARTNERS I, LP, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-04324-JST<br><br>**CORRECTIVE NOTICE REGARDING INVALIDATION OF RELEASES** |

**CORRECTIVE NOTICE REGARDING INVALIDATION OF RELEASES**

You are receiving this notice by order of the Court in the above matter. Please read this notice carefully as it contains important information about your legal rights.

<u>THIS LAWSUIT</u>

As you may know, Plaintiffs Mihail Slavkov, Martin Arnaudov and Nikola Vlaovic (collectively called "the Plaintiffs") filed a lawsuit against the Fast Water Heater Company and other defendants (the various defendants are collectively referred to as "Fast Water Heater"). The Plaintiffs allege that Fast Water Heater violated various provisions of the Fair Labor Standards Act, the Federal Credit Reporting Act, the California Labor Code and the California Investigative Consumer Reporting Agencies Act. Their claims include failure to pay minimum and overtime wages, failure to pay wages due upon termination, improper wage deductions, failure to provide accurate wage statements, failure to reimburse business expenses, failure to provide sick leave, improper background check authorization forms, and "unfair business practices." The Plaintiffs are seeking to represent a class of current and former Fast Water Heater employees, which may include you. Fast Water Heater denies the allegations made by Plaintiffs.

<u>THE COURT INVALIDED THE FAST WATER HEATER RELEASES</u>

In August, 2015, you may have received a letter from Perkins Coie LLP, counsel for Fast

Water Heater, regarding an "Offer to Settle Potential Claims Raised in Slavkov Litigation." The letter included a check and a document titled "Voluntary Settlement and Release of Claims" (which shall be referred to as "the Release"). You may also have received a follow up letter from Perkins Coie LLP in September, 2015.

The Plaintiffs challenged the validity of the Release in Court. On November 2, 2015, the Court issued an order invalidating the Release. That means that the Release is not binding on you or on the parties. The Court decided that language in the Release about confidentiality and participation in the *Slavkov* action was "misleading and potentially harmful" because it could leave the incorrect impression that anyone accepting the offer to settle cannot speak with Plaintiffs' counsel about the events surrounding the class action.

In addition, the Court decided that the Release was misleading because you were not told that some of the claims asserted by Plaintiffs on your behalf can only be released with the approval of the Court.

YOUR RIGHTS

If you signed the Release and/or cashed the check sent to you by Perkins Coie LLP, you are not bound by the Release. The claims asserted on your behalf by the Plaintiffs have not been affected. If a class is certified or Plaintiffs are permitted to pursue claims as your representatives or if you elect to join the suit, you will be part of the litigation. You do not need to do anything in response to this Notice, and you are not required to return any money you may have received in connection with the invalidated Release. You may participate as a witness in this action and, if you choose, you are permitted to speak with Plaintiffs' attorneys.

COMMUNICATIONS WITH THE ATTORNEYS

You are free to communicate with the attorneys for the Plaintiffs and with the attorneys for the Defendants or with another attorney of your choice. Nothing in the invalidated Release affects your right to communicate with counsel for either side.

Plaintiffs in this action are represented by the following attorneys:

    Woodall Law Offices
    Kevin Woodall (kevin@kwoodalllaw.com)

100 Pine Street, Suite 1250
San Francisco, CA 94111
Direct: (415) 413-4629

Douglas Law Offices
John Douglas (jdouglas@douglaslegal.com)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Direct: (415) 794-4751

Barnes Law Offices
Page Barnes (page@pbarneslaw.com)
580 California St., 16th Floor
Direct: (415) 231-6110

Defendants in this action are represented by the following attorneys:

Perkins Coie LLP
Sue Stott (sstott@perkinscoie.com)
Jonathan Longino (jlongino@perkinscoie.com)
Aaron Ver (aver@perkinscoie.com)
505 Howard St #1000
San Francisco, CA 94105
**Phone:**(415) 344-7000

If you have questions about this notice, please contact one of the counsel listed above. Do not contact the court.