1   Sue J. Stott, State Bar No. 91144
    SStott@perkinscoie.com
2   Jonathan S. Longino, State Bar No. 273936
    JLongino@perkinscoie.com
3   Aaron J. Ver, State Bar No. 295409
    AVer@perkinscoie.com
4   PERKINS COIE LLP
    505 Howard Street, Suite 1000
5   San Francisco, CA  94105
    Telephone:  415.344.7000
6   Facsimile:  415.344.7050

7   Attorneys for Defendants
    FAST WATER HEATER PARTNERS I, LP DBA
8   FAST WATER HEATER COMPANY, FWH
    ACQUISITION COMPANY, LLC DBA FAST
    WATER HEATER COMPANY; JEFFREY DAVID
9   JORDAN; AND JASON SPARKS
    HANLEYBROWN

10

11                  UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13  MIHAIL SLAVKOV, NIKOLA              Case No. CV 14-4324 JST
    VLAOVIC AND MARTIN ARNAUDOV,
14  individually and on behalf of those   STIPULATION AND [PROPOSED]
    similarly situated,                 ORDER GRANTING  CONTINUANCE OF
15                                       THE CLASS CERTIFICATION BRIEFING
                    Plaintiffs,
16
            v.
17
    FAST WATER HEATER PARTNERS I,
18  LP dba Fast Water Heater Company, a
    Delaware Limited Partnership; FWH
19  ACQUISITION COMPANY, LLC dba
    Fast Water Heater Company, a Delaware
20  Limited Liability Company; JEFFREY
    DAVID JORDAN, an individual; and
21  JASON SPARKS HANLEYBROWN, an
    individual,
22
                    Defendants.
23

24

25

26

27

28

1 **STIPULATION AND REQUEST FOR A CONTINUANCE**

2       Plaintiffs MIHAIL SLAVKOV, NIKOLA VLAOVIC and MARTIN ARNAUDOV

3 ("Plaintiffs") and Defendants FAST WATER HEATER PARTNERS I, LP dba FAST WATER

4 HEATER COMPANY, FWH ACQUISITION COMPANY, LLC dba FAST WATER HEATER

5 COMPANY; JEFFREY DAVID JORDAN; and JASON SPARKS HANLEYBROWN

6 ("Defendants") (collectively, "Parties"), stipulate to and request an order continuing the current

7 class certification briefing schedule by 45 days.  This additional time will enable the Parties to

8 focus their time and resources towards ongoing settlement communications as part of the Court's

9 ADR program.  The parties are concerned that unless there is a continuance of the certification

10 briefing schedule, their settlement efforts may be hindered by the necessity of devoting all of their

11 time and litigation resources to class certification briefing.  If the Court extends the schedule, the

12 Parties have agreed that there will be a corresponding stay of discovery and a tolling of the statute

13 of limitations on the claim brought under the Fair Labor Standards Act ("FLSA").

14       This stipulation and proposed order is made on the following facts.  The Parties attended

15 an early mediation in May 2015 before a private mediator.  On January 19, 2016, the Parties

16 attended a second mediation, this time a day-long mediation with Arthur R. Siegel, the Court-

17 assigned Mediator to this matter.  The Parties did not resolve the litigation at the mediation, but

18 settlement discussions are ongoing.  The parties are facing substantial immediate discovery and

19 briefing efforts including the depositions of the named lead class members, additional  written

20 discovery, Plaintiffs' discovery motion relating to the Defendant's deposition and written

21 discovery, a class certification motion and perhaps other motions.

22       Accordingly, the Parties request that this Court grant a 45 day continuation of the class

23 certification deadlines, as set forth below

| Event | Deadline |
|---|---|
| Plaintiffs' motion for class certification | ~~February 26, 2016~~ April 15, 2016 |
| Defendants' opposition to class certification | ~~March 25, 2016~~ May 16, 2016 |
| Plaintiffs' reply brief re class certification | ~~April 8, 2016~~ May 30, 2016 |

STIPULATION AND ~~[PROPOSED]~~ ORDER
Case No. CV 14-4324 JST
129524341.3

| Hearing on class certification | ~~May 26, 2016~~ June 30, 2016 at 2:00 p.m. |

The parties also request that for the next 45 days, the statute of limitations relating to FLSA claims of putative class members is tolled and discovery (including discovery motions) is stayed.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  January 26,  2016                    **PERKINS COIE** LLP


By: /s/ Jonathan S. Longino
    Sue J. Stott
    Jonathan S. Longino
    Aaron J. Ver

Attorneys for Defendants
FAST WATER HEATER PARTNERS I, LP
DBA FAST WATER HEATER COMPANY,
FWH ACQUISITION COMPANY, LLC
DBA FAST WATER HEATER COMPANY;
JEFFREY DAVID JORDAN; AND JASON
SPARKS HANLEYBROWN

DATED:  January 26, 2016                      **WOODALL LAW OFFICES**
                                                    **DOUGLAS LAW OFFICES**
                                                    **BARNES LAW OFFICES**


By: /s/ Kevin F. Woodall
    Kevin F. Woodall

Attorneys for Plaintiffs
MIHAIL SLAVKOV, NIKOLA VLAOVIC
AND MARTIN ARNAUDOV

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Parties' stipulation, request for a continuance, and revised case management schedule are  adopted.  IT IS SO ORDERED.

DATED: __January 27, 2016__

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
Case No. CV 14-4324 JST
129524341.3