1
2  Sue J. Stott, State Bar No. 91144
   sstott@perkinscoie.com
3  Jonathan S. Longino, State Bar No. 273936
   JLongino@perkinscoie.com
4  Aaron J. Ver, State Bar No. 295409
   AVer@perkinscoie.com
5  **PERKINS COIE LLP**
   505 Howard Street, Suite 1000
6  San Francisco, CA  94105-3204
   Telephone:  415.344.7000
7  Facsimile:  415.344.7050

8  Attorneys for Defendants
   FAST WATER HEATER PARTNERS I, LP
9  DBA FAST WATER HEATER COMPANY,
   FWH ACQUISITION COMPANY, LLC DBA
10 FAST WATER HEATER COMPANY;
   JEFFREY DAVID JORDAN; AND JASON
   SPARKS HANLEYBROWN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIHAIL SLAVKOV, NIKOLA VLAOVIC AND MARTIN ARNAUDOV, individually and on behalf of those similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>FAST WATER HEATER PARTNERS I, LP dba Fast Water Heater Company, a Delaware Limited Partnership; FWH ACQUISITION COMPANY, LLC dba Fast Water Heater Company, a Delaware Limited Liability Company; JEFFREY DAVID JORDAN, an individual; and JASON SPARKS HANLEYBROWN, an individual,<br><br>              Defendants. | Case No. CV 14-4324 JST<br><br>**JOINT STIPULATION AND NOTICE OF SETTLEMENT AND [PROPOSED] ORDER** |

## STIPULATION FOR A CONTINUANCE AND STAY OF LITIGATION

On June 2, 2016, the Parties to this litigation attended a settlement conference before Magistrate Judge Sallie Kim. (ECF No. 101.) Although the Parties did not settle, they will continue discussions and will attend a second settlement conference with Judge Kim on August 8, 2016. (ECF No. 101.) In furtherance of continued discussions and in anticipation of reaching a settlement, Plaintiffs MIHAIL SLAVKOV, NIKOLA VLAOVIC, and MARTIN ARNAUDOV ("Plaintiffs") and Defendants FAST WATER HEATER PARTNERS I, LP dba Fast Water Heater Company; FWH ACQUISITION COMPANY, LLC dba Fast Water Heater Company; JEFFREY DAVID JORDAN; and JASON SPARKS HANLEYBROWN ("Defendants"), stipulate to and request that the Court issue an order as follows:  The current stay of litigation is lifted for the limited purpose of allowing Defendants to communicate with and attempt to enter into settlement agreements with individual members of the putative class; the stay on all other litigation activities, including discovery and pretrial motions (except for settlement discussions and motions that address settlement only), is extended to September 21, 2016; the statutes of limitations relating to any potential claim under Labor Code section 558.1 and the Fair Labor Standards Act for Plaintiffs and the putative class and collective action members is tolled until to November 7, 2016; and Plaintiffs' deadline to file a motion for class certification is continued to November 7, 2016.

DATED:  June 7, 2016  **PERKINS COIE LLP**

By: /s/ Jonathan S. Longino
    Jonathan S. Longino

Attorneys for Defendants

DATED:  June 7, 2016  **WOODALL LAW OFFICES**

By: /s/ Kevin F. Woodall
    Kevin F. Woodall

Attorneys for Plaintiffs

-2-

STIPULATION AND [PROPOSED] ORDER
Case No. CV 14-4324 JST

## [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS ORDERED that:

1. The statutes of limitation relating to any potential claims under Labor Code section 558.1 and the Fair Labor Standards Act shall be tolled for Plaintiffs and the putative class and collective action members until November 7, 2016;

2. During the stay, Defendants may communicate with and attempt to enter into individual settlement agreements with putative class members;

3. All other litigation activities, including discovery and pretrial motions (except for motions that address settlement only), shall be stayed until September 21, 2016; and

4. Any deadlines relating to the class certification motion shall be continued as follows: (1) Plaintiffs' deadline to file a class certification motion shall be November 7, 2016; (2) Defendants' deadline to file an opposition to Plaintiffs' class certification motion shall be December 6, 2016; and (3) Plaintiffs' deadline to file the reply brief papers in support of their class certification motion shall be December 27, 2016.

**IT IS SO ORDERED.**

DATED: June 7, 2016

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

131378241.1

STIPULATION AND [PROPOSED] ORDER
Case No. CV 14-4324 JST