```
1  John H. Douglas, Bar No. 178966
   JDouglas@douglaslegal.com
2  DOUGLAS LAW OFFICES
   100 Pine Street, Suite 1250
3  San Francisco, CA 94111
4  Telephone: (415) 794-4751
   Facsimile: (415) 795-3432
5
6  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MIHAIL SLAVKOV, NIKOLA VLAOVIC, MARTIN ARNAUDOV, DALE WEISE, KEVIN YARNELL, CARLOS GOMEZ, FRANCISCO MAGANA, ROBERT GUTIERREZ AND JOSE ALFREDO VASQUEZ, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>FAST WATER HEATER PARTNERS I, LP DBA FAST WATER HEATER COMPANY, A DELAWARE LIMITED PARTNERSHIP; FWH ACQUISITION COMPANY, LLC DBA FAST WATER HEATER COMPANY, A DELAWARE LIMITED LIABILITY COMPANY; JEFFREY DAVID JORDAN, AN INDIVIDUAL; AND JASON SPARKS HANLEYBROWN, AN INDIVIDUAL,<br><br>Defendants. | Case No. CV 14-4324 JST<br><br>**DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON**<br><br>**JUDGE: HON. JON S. TIGAR** |

PURSUANT and subject to the terms of the Settlement approved by this Court on July 25, 2017 and Federal Rules of Civil Procedure, Rule 41(a)(2), Plaintiffs MIHAIL SLAVKOV, NIKOLA VLAOVIC, MARTIN ARNAUDOV, DALE WEISE, KEVIN YARNELL, CARLOS GOMEZ, FRANCISCO MAGANA, ROBERT GUTIERREZ AND JOSE ALREDO VASQUEZ

-1-

DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON
CASE NO. CV-14-4324 JST

hereby request that the Court dismiss this action with prejudice.

Dated: November 6, 2017                    DOUGLAS LAW OFFICES


                                           */s/ John H. Douglas*
                                           Attorneys for Plaintiffs


[PROPOSED] ORDER

Pursuant to the settlement of the parties hereto, this action is dismissed with prejudice. The Court will retain jurisdiction over the matter and parties for purposes of enforcing the terms of the settlement herein.

IT IS SO ORDERED.

DATED: November 9, 2017
                                           _____
                                           HON. JON S. TIGAR
                                           UNITED STATES DISTRICT COURT JUDGE